**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHAD S. GONDOLFI                                                                                          PLAINTIFF

v.                                              No. 5:07CV00244 JLH

LARRY B. NORRIS, Director,
Arkansas Department of Correction                                                                 DEFENDANT

## ORDER

The Court has reviewed proposed findings and recommended disposition from United States Magistrate Judge Henry L. Jones, Jr. After a careful review of the proposed findings and recommended disposition, a review of the timely objections, and a *de novo* review of the record, the Court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 23d day of September, 2008.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE